64,883-05

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 28 2015
Abel Acosta, Clerk

Russell Kevin Thompson
TDC # 1331832 Hightower Unit
Dayton, Texas 77535

April-23-15
Re: Cause No. 03CR0733-83-4

Dear Mr./Ms. Louise Pearson Court of Criminal Appeals

My Request is to Find Out if John D. Kinad
District Clerk Galveston County, Texas
filed A Post-Conviction Petition For Writ of Habeas-
Corpus. At Around January the 21th are 23th 2015
I filed A Post-Conviction Petition For Writ of Habeas Corpus
IN the 122nd District Court of Galveston County Texas.
The Date the they Say it was Filed in the 122nd District
Court of Galveston and also They were To Send You
A copy. IN There Letter The District Clerk John D. Kinar
Acknowledge That it was Receipt and He would Send it To
you

I Appreciate your Respon
Thank for your time in this matter
Russell Thompson

CC: Russell Thompson